IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:04-CR-85-2-F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **REASSIGNMENT ORDER** |
| BRANDON RIVERS, ) | |
| Defendant. ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Louise Wood Flanagan, United States District Judge, for all further proceedings. Senior United States District Judge James C. Fox is no longer assigned to the case. **All future documents shall reflect the revised case number of 7:04-CR-85-2-FL.**

SO ORDERED. This the 14th day of February, 2019.

/s/ Peter A. Moore, Jr.
Clerk of Court